O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIANO OLIVERA, | ) NO. CV 12-6336-JGB(E) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND RECOMMENDATIONS |
| RANDY GROUNDS, Warden, | ) OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///
///
///
///

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: October 17, 2013.

    _____
    JESUS G. BERNAL
    UNITED STATES DISTRICT JUDGE